# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Julia A. Marinez,                                                 Chapter          13
aka Julia Aracelis Marinez, aka Julia Marinez,

   **Debtor 1**                                                   Case No.        5:23–bk–00469–MJC

### Order

   Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

   **ORDERED** that the case is hereby dismissed as to Debtor 1.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

                                              By the Court,

                                              Mark J. Conway, United States Bankruptcy Judge

                                              Dated:  January 19, 2024

ordsmiss (05/18)