# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 1/19/2024 |
| Case: 5:23–bk–00469–MJC | Form ID: ordsmiss | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Adam Bradley Hall | amps@manleydeas.com |
| aty | Christopher B Slusser | suzannem@slusserlawfirm.com |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Julia A. Marinez | 419 Allen St. West Hazleton, PA 18202 |
| aty | Christopher B Slusser | Slusser Law Firm 1620 N Church St Suite 1 Hazleton, PA 18202 |
| cr | Hazleton City Authority | 400 E Arthur Gardener Parkway Hazleton, PA 18201 UNITED STATES |
| 5525829 | Anays Romano Jimenez | 546 West 180, Apt 43 Manhattan, NY 10033 |
| 5539043 | Barclays Mortgage Trust 2021–NPL1 | c/o Gregory Funding LLC PO Box 230579 Tigard, OR 97281 |
| 5525830 | Credit One Bank | P.O. Box 98872 Las Vegas, NV 89193 |
| 5529498 | Directv, LLC | by American InfoSource as agent PO Box 5072 Carol Stream, IL 60197–5072 |
| 5525831 | Enhanced Recovery Company | P.O. Box 57547 Jacksonville, FL 32241 |
| 5525832 | Gregory Funding | PO Box 230579 Tigard, OR 97281–0579 |
| 5536413 | Halzeton City Authority | 400 East Arthur Gardener Parkway Hazleton, PA 18201 |
| 5525833 | Hazelton City Authority | 400 E. Arthur Gardner Pkwy. Hazleton, PA 18201–7395 |
| 5536414 | Hazleton City Authority | 400 East Arthur Gardener Parkway Hazleton, PA 18201 |
| 5525834 | IC System, Inc. | 444 Hwy. 96 East P.O. Box 5893 St. Paul, MN 55164 |
| 5525835 | Jose Marinez | 417 Allen St. West Hazleton, PA 18202 |
| 5534468 | LVNV Funding, LLC | Resurgent Capital Services PO Box 10587 Greenville, SC 29603–0587 |
| 5525836 | Macy's | Attn: Bankruptcy Processing PO Box 8053 Mason, OH 45040 |
| 5525837 | Powers, Kirn & Associates, LLC | Eight Neshaminy Interplex, Ste. 215 Trevose, PA 19053 |
| 5525838 | Ramon E. Marinez | 419 Allen St. West Hazleton, PA 18202 |
| 5525839 | Santander Consumer USA | Attn: Bankruptcy Dept. P.O. Box 961245 Fort Worth, TX 76161–1245 |
| 5525840 | Tomas Marinez | 419 Allen Street West Hazleton, PA 18202 |
| 5525841 | Wanda A.Marinez | 417 Allen St. West Hazleton, PA 18202 |

TOTAL: 21