United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00469-MJC |
| Julia A. Marinez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: ordsmiss | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julia A. Marinez, 419 Allen St., West Hazleton, PA 18202-2624 |
| aty | + | Christopher B Slusser, Slusser Law Firm, 1620 N Church St, Suite 1, Hazleton, PA 18202-9509 |
| cr | + | Hazleton City Authority, 400 E Arthur Gardener Parkway, Hazleton, PA 18201, UNITED STATES 18201-7395 |
| 5525829 | + | Anays Romano Jimenez, 546 West 180, Apt 43, Manhattan, NY 10033-5818 |
| 5536413 | + | Halzeton City Authority, 400 East Arthur Gardener Parkway, Hazleton, PA 18201-7395 |
| 5525833 | | Hazelton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 18201-7395 |
| 5536414 | + | Hazleton City Authority, 400 East Arthur Gardener Parkway, Hazleton, PA 18201-7395 |
| 5525835 | + | Jose Marinez, 417 Allen St., West Hazleton, PA 18202-2624 |
| 5525837 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Ste. 215, Trevose, PA 19053-6980 |
| 5525838 | + | Ramon E. Marinez, 419 Allen St., West Hazleton, PA 18202-2624 |
| 5525840 | + | Tomas Marinez, 419 Allen Street, West Hazelton, PA 18202-2624 |
| 5525841 | + | Wanda A.Marinez, 417 Allen St., West Hazleton, PA 18202-2624 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5539043 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jan 19 2024 18:43:00 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 5525830 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 18:45:57 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 5525836 | | EDI: CITICORP | Jan 19 2024 23:38:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 5529498 | | EDI: DIRECTV.COM | Jan 19 2024 23:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5525831 | + | Email/Text: bknotice@ercbpo.com | Jan 19 2024 18:43:00 | Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 5525832 | | Email/Text: ellie.bulin@gregoryfunding.com | Jan 19 2024 18:43:00 | Gregory Funding, PO Box 230579, Tigard, OR 97281-0579 |
| 5525834 | + | EDI: LCIICSYSTEM | Jan 19 2024 23:38:00 | IC System, Inc., 444 Hwy. 96 East, P.O. Box 5893, St. Paul, MN 55127-2557 |
| 5534468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 18:45:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525839 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 19 2024 18:43:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| Christopher B Slusser | on behalf of Attorney Christopher B Slusser suzannem@slusserlawfirm.com |
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority suzannem@slusserlawfirm.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Tullio DeLuca | on behalf of Debtor 1 Julia A. Marinez tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Julia A. Marinez,　　　　　　　　　　　　　　　　Chapter　　13
aka Julia Aracelis Marinez, aka Julia Marinez,

**Debtor 1**　　　　　　　　　　　　　　　　　　Case No.　　5:23−bk−00469−MJC

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 19, 2024

ordsmiss (05/18)